# UNITED STATES DISTRICT COURT
### for the
### Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>An Apple iPhone, Model 7 Plus, FCC Identification<br>number BCG-E3092A, and IC number 579-E3092A,<br>gold in color, contained in a protective case. | )<br>)<br>)  Case No.    18-SW-00145-MJW<br>)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Western _____ District of _____ Missouri _____
*(identify the person or describe the property to be searched and give its location):*
An Apple iPhone, Model 7 Plus, FCC Identification number BCG-E3092A, and IC number 579-E3092A, gold in color, contained in a protective case.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

The specific items to be searched for and seized are listed on Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____ April 20, 2018 _____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Honorable John T. Maughmer _____ .
_____*(name)*_____

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    04/12/2018 2:53 pm

City and state:    Kansas City, Missouri

*Judge's signature*

Honorable John T. Maughmer, United States Magistrate Judge
*Printed name and title*

## Return

| Case No.: 18-SW-00145-MJW | Date and time warrant executed: 04-19-2018 | Copy of warrant and inventory left with: PROPERTY OF LESTER BROWN |
|---|---|---|

Inventory made in the presence of :
LESTER BROWN

Inventory of the property taken and name of any person(s) seized:

UNABLE TO ACCESS DEVICE BY BIOMETRIC LOCK — DEVICE SHIPPED TO FBI HQ FOR PROCESSING. DEVICE DELIVERED TO HRCFL FOR TRANSFER TO FBIC 1312 HRS.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04-19-2018

_____
Executing officer's signature

DET./TFO LORAN FREEMAN
Printed name and title

## Attachment A
## (Case No. 18-MJ-00145-MJW)

**Things to be seized:**

All digitally stored electronic data, including:
- Digital images;
- Photographs;
- Videos;
- Call records including incoming, outgoing call records;
- Contact list;
- Missed phone calls;
- Voice mail records and voice mail recordings;
- Audio recordings and associated files;
- Text messages, SMS messages, email messages, and records associated to text, SMS, and email messages;
- Data contained in applications installed on the device;
- Messages associated to social media accounts such as Facebook, Twitter, Snap Chat, Instagram; and
- All items in above that are evidence of or participation of the homicide of Michael Harris on March 14, 2018, in the Western District of Missouri.
- During the execution of the search of the **Subject Device** described in the Affidavit, law enforcement personnel are authorized to press the fingers (including thumbs) of **Lester BROWN** to the Touch ID sensor of the **Subject Device** for the purpose of attempting to unlock the device via Touch ID in order to search the contents as authorized by this warrant.